FILED

JUN 2 3 2006

Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 6 Cr 50036-1 |
| v. | ) | |
| | ) | Magistrate Judge Mahoney |
| MICHELLE YOUNGBLOOD | ) | |

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, STEVEN S. MAGNUSON, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MICHELLE YOUNGBLOOD has been charged by criminal indictment in the Central District of California with a violation of Title 18, United States Code, Section 1029(b) and 1029(a)(2) for the offense of Fraudulent Use of Unauthorized Access Device. A copy of the criminal indictment is attached. I have further been informed that a warrant for the arrest of MICHELLE YOUNGBLOOD has been issued pursuant to the criminal indictment. A copy of the warrant is attached.

STEVEN S. MAGNUSON
United States Postal Inspector
United States Postal Service

SUBSCRIBED AND SWORN to before me this 23rd day of June, 2006.

P. MICHAEL MAHONEY
United States Magistrate Judge

Record of Grand Jurors
FILED concurring

# United States District Court

FOR THE

2006 FEB 28 AM 11:54

CENTRAL DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CR 06-  158 |
| CHARLES EDWARD ANDERSON, ) ASHWINI RANJANA SHARMA, ) IFTIN CHEIK, and ) MICHELLE YOUNGBLOOD, ) | |
| Defendant. ) | |

I, the undersigned, foreperson of the grand jury of this court at the February 2006 term begun and held at Los Angeles on the 28th day of February 2006, in pursuance of rule 6(c) of the Federal rules of Criminal Procedure, do herewith file with the clerk of the court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record not to be made public except on order of the court, to wit:

_____22_____ grand jurors concurring.

_____
Foreperson

FILED
2006 FEB 28 AM 11:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FEBRUARY 2006 GRAND JURY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 06- 158 |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | [18 U.S.C. § 1029(b): Conspiracy; and 18 U.S.C. § 1029(a)(2): Fraudulent Use of Unauthorized Access Device] |
| CHARLES EDWARD ANDERSON, ASHWINI RANJANA SHARMA, IFTIN CHEIK, and MICHELLE YOUNGBLOOD, ) | |
| Defendants. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(b)]

A.  OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing to on or about February 1, 2006, in San Bernardino County, within the Central District of California, and elsewhere, defendants CHARLES EDWARD ANDERSON ("ANDERSON"), ASHWINI RANJANA SHARMA ("SHARMA"), IFTIN CHEIK ("CHEIK"), and MICHELLE YOUNGBLOOD ("YOUNGBLOOD"), and others known and unknown to the Grand Jury, conspired and agreed

AFF

with each other to commit an offense under Title 18, United States Code, Section 1029(a)(2), namely, in transactions affecting interstate commerce, knowingly and with intent to defraud, to use and traffic in unauthorized access devices and thereby obtain $1,000 or more worth of goods during a one-year period.

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendants CHEIK and YOUNGBLOOD would obtain personal account information of unsuspecting customers of J.P. Morgan Chase bank ("Chase"), where defendants CHEIK and YOUNGBLOOD worked.

2. Defendants CHEIK and YOUNGBLOOD would provide that information to defendant ANDERSON.

3. Using the information provided by defendants CHEIK and YOUNGBLOOD, defendants ANDERSON and SHARMA would then cause credit cards issued under the account numbers of the Chase customers to be mailed to addresses where defendants ANDERSON and SHARMA could pick-up the unauthorized credit cards.

4. Defendants ANDERSON and SHARMA and other co-conspirators known and unknown to the grand jury would use the credit cards with the account numbers of the Chase customers to purchase goods at various retail stores.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants ANDERSON, SHARMA, CHEIK, and

YOUNGBLOOD and others known and unknown to the Grand Jury committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1. In or about August 2005, defendant CHEIK provided defendant ANDERSON with the personal account information of Chase customer Glenn Stromberg.

2. On or about September 4, 2005, defendant ANDERSON used a Chase credit card with the account number of Chase customer Glenn Stromberg to purchase $4,309.98 in computer equipment from a CompUSA store.

3. In or about January 2006, defendant YOUNGBLOOD provided defendant ANDERSON with the personal account information of Chase customer Lois Mitchell.

4. On or about January 21, 2006, defendant ANDERSON used a Chase credit card with the account number of Chase customer Lois Mitchell to purchase $3,000 in gift cards from a Pier 1 Imports store.

5. In or about September 2005, defendant CHEIK provided defendant ANDERSON with the personal account information of Chase customer Michael Abeshouse.

6. On or about September 7, 2005, defendant SHARMA used a Chase credit card with the account number of Chase customer Michael Abeshouse to make a $800 cash withdrawal from a Wells Fargo bank automated teller machine.

COUNT TWO

[18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i)]

On or about September 4, 2005, in San Bernardino County, within the Central District of California, defendants CHARLES EDWARD ANDERSON, ASHWINI RANJANA SHARMA, and IFTIN CHEIK, knowingly and with the intent to defraud, used one or more unauthorized access devices, namely a J.P. Morgan Chase bank credit card in the name of Glenn Stromberg, and by such conduct, obtained things of value aggregating $1,000 or more, with said use having an effect on interstate commerce.

## COUNT THREE

[18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i)]

On or about January 21, 2006, in San Bernardino County, within the Central District of California, defendants CHARLES EDWARD ANDERSON, ASHWINI RANJANA SHARMA, and MICHELLE YOUNGBLOOD, knowingly and with the intent to defraud, used one or more unauthorized access devices, namely a J.P. Morgan Chase bank credit card in the name of Lois Mitchell, and by such conduct, obtained things of value aggregating $1,000 or more, with said use having an effect on interstate commerce.

A TRUE BILL

_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

JOHN C. RAYBURN, JR.
Assistant United States Attorney
Chief, Riverside Branch Office

_____
JERRY A. BEHNKE
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

ANTOINE F. RAPHAEL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: CR 06- 158 |
|---|---|
| United States of America   Plaintiff(s) | |
| v. | |
| MICHELLE YOUNGBLOOD | WARRANT FOR ARREST |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **MICHELLE YOUNGBLOOD**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment ☐Information ☐Order of Court ☐Probation Violation Petition ☐Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy;**
**Fraudulent Use of Unauthorized Access Device**

in violation of Title **18**:United States Code, Section(s) **1029(b):1029(a)(2):**

| Sherri R. Carter | February 28, 2006       LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | BY: CAROLYN TURCHIN |
| TITLE OF ISSUING OFFICER | NAME OF JUDICIAL OFFICER |
| SHEILA ENGLISH | |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

PAGE 1 OF 2

CR-12 (03/04)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: EDCR |
|---|---|
| Plaintiff(s) | |
| v. | |
| MICHELLE YOUNGBLOOD | WARRANT FOR ARREST |
| Defendant(s) | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO. | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO. | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FDe That Sau NUBriminalER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME:

INVESTIGATIVE AGENCY ADDRESS:

NOTES:

**WARRANT FOR ARREST**

PAGE TWO

CR-12 (03/04)